# AFFIDAVIT OF INDIGENCY

AND REQUEST FOR WAIVER, SUBSTITUTION
OR STATE PAYMENT OF FEES & COSTS

*(Note: If you are currently confined in a prison or jail and are not seeking immediate release under G.L. c. 248 §1, but you are suing correctional staff and wish to request court payment of "normal" fees (for initial filing and service) do not use this form. Obtain separate forms from the clerk.)*

05-10374

__District of Massachusetts__          Loughman v. O'Brien
Court                                   Case Name and Number (if known)

Name of applicant __Kevin M. Loughman__

Address __500 Colony Road, N.C.C.I.,__          __Gardner,__          __Massachusetts__
         (Street and number)                    (City or town)          (State and Zip)

SECTION 1:   Under the provisions of General Laws, Chapter 261, Sections 27A-27G, I swear (or affirm) as follows:
             **I AM INDIGENT** in that *(check only one)*:

☐   (A)   I receive public assistance under Transitional Aid to Families with Dependent Children (TAFDC), Emergency Aid to Elderly, Disabled or Children (EAEDC), Supplemental Security Income (SSI), Medicaid (MassHealth) or Massachusetts Veterans Benefits Programs; *(circle form of public assistance received)*; or

☐   (B)   My income, less taxes deducted from my pay, is $_____ per week/month/year *(circle period that applies)*, for a household of _____ persons, consisting of myself and _____ dependents; which income is at or below the court system's poverty level; *(Note: The court system's poverty levels for households of various sizes must be posted in this courthouse. If you cannot find it, ask the clerk. The court system's poverty level is updated each year.)* [List any other available household income for the circled period on this line: _____) or

         I am Prisoner
☒   (C)   I am unable to pay the fees and costs of this proceeding, or I am unable to do so without depriving myself or my dependents of the necessities of life, including food, shelter and clothing.

IF YOU CHECKED (C), YOU MUST ALSO COMPLETE THE **SUPPLEMENT TO THE AFFIDAVIT OF INDIGENCY**.

SECTION 2:   *(Note: In completing this form, please be as specific as possible as to fees and costs known at the time of filing this request. A supplementary request may be filed at a later time, if necessary.)*

         I request that the following **NORMAL FEES AND COSTS** be waived (not charged) by the court, or paid by the state, or that the court order that a document, service or object be substituted at no cost (or a lower cost, paid for by the state): *(Check all that apply and, in any "$____" blank, indicate your best guess as to the cost, if known.)*

☒   Filing fee and any surcharge. $_____

☒   Filing fee and any surcharge for appeal. $_____

☒   Fees or costs for serving court summons, witness subpoenas or other court papers. $_____

MASSACHUSETTS  NCCI-GARDNER
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | Kevin | Loughman | |
| Commitment number.... | W80115 | | |
| Period encompassed.... | 6/10/2004 | THRU | 12/10/2004 |
| Six Month Average Daily Balance | 63.44 | 14.29 | 77.74 |
| 20% of Six Month Average Daily Balance | 15.55 | | |
| Total Expenditures for Period | | | 787.19 |
| Total Income for Period | | | 850.72 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _____
Sheila Cregg, Treasurer

Time: _1:20 pm_

Date: _12/14/04_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041210 15:56

| Commit# : | W80115 | | | NCCI GARDNER | | Page : 1 |
| --- | --- | --- | --- | --- | --- | --- |
| Name : | LOUGHMAN, KEVIN, , | | Statement From | 20040610 | | |
| Inst : | NCCI GARDNER | | To | 20041210 | | |
| Block : | A BUILDING 2 | | | | | |
| Cell/Bed : | N1 /A | | | | 98.37 | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $3,858.50 | $3,760.13 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2932804 | | GAR | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2942333 | | GAR | ~Canteen Date : 20040609 | $0.00 | $30.52 | $0.00 | $0.00 |
| 20040616 22:30 | CN - Canteen | 2962643 | | GAR | ~Canteen Date : 20040616 | $0.00 | $38.11 | $0.00 | $0.00 |
| 20040622 15:41 | IC - Transfer from Inmate to Club A/c | 2984397 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2985372 | | GAR | ~Canteen Date : 20040622 | $0.00 | $23.70 | $0.00 | $0.00 |
| 20040629 09:57 | ML - Mail | 3012399 | | GAR | | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040630 22:30 | CN - Canteen | 3017954 | | GAR | ~Canteen Date : 20040630 | $0.00 | $3.96 | $0.00 | $0.00 |
| 20040706 11:23 | IC - Transfer from Inmate to Club A/c | 3039106 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040706 11:24 | IC - Transfer from Inmate to Club A/c | 3039108 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040709 08:21 | VI - Visitation | 3062336 | | GAR | ~LOUGHMAN, WINNIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040713 08:49 | ML - Mail | 3069975 | | GAR | ~no name | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3080651 | | GAR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040714 22:30 | CN - Canteen | 3091966 | | GAR | ~Canteen Date : 20040714 | $0.00 | $49.29 | $0.00 | $0.00 |
| 20040721 22:30 | CN - Canteen | 3123119 | | GAR | ~Canteen Date : 20040721 | $0.00 | $30.98 | $0.00 | $0.00 |
| 20040722 09:05 | ML - Mail | 3131113 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040726 11:30 | IC - Transfer from Inmate to Club A/c | 3139809 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040728 22:30 | CN - Canteen | 3150363 | | GAR | ~Canteen Date : 20040728 | $0.00 | $23.06 | $0.00 | $0.00 |
| 20040802 09:21 | ML - Mail | 3166650 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040804 07:31 | CI - Transfer from Club to Inmate A/c | 3172641 | | GAR | ~Canteen Refund 7/20/04~W80115 LOUGHMAN,KEVIN PERSONAL~KCN WASH ACCOUNT - Z5 | $1.35 | $0.00 | $0.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3175466 | | GAR | ~Canteen Date : 20040804 | $0.00 | $19.02 | $0.00 | $0.00 |
| 20040805 13:06 | IC - Transfer from Inmate to Club A/c | 3188377 | | GAR | ~PHOTO PURCHASE~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040809 10:48 | ML - Mail | 3196208 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040811 13:39 | IC - Transfer from Inmate to Club A/c | 3205458 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3214583 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 22:30 | CN - Canteen | 3221428 | | GAR | ~Canteen Date : 20040811 | $0.00 | $20.39 | $0.00 | $0.00 |
| 20040818 08:48 | ML - Mail | 3249636 | | GAR | ~DESIREE L. DEKASTRAZZA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040823 12:23 | IC - Transfer from Inmate to Club A/c | 3269320 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.12 | $0.00 | $0.00 |
| 20040825 22:30 | CN - Canteen | 3279719 | | GAR | ~Canteen Date : 20040825 | $0.00 | $42.45 | $0.00 | $0.00 |
| 20040827 11:10 | IC - Transfer from Inmate to Club A/c | 3293508 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041210 15:56

| | | | |
|---|---|---|---|
| Commit# : | W80115 | NCCI GARDNER | Page: 2 |
| Name : | LOUGHMAN, KEVIN, , | Statement From 20040610 | |
| Inst : | NCCI GARDNER | To 20041210 | |
| Block : | A BUILDING 2 | | |
| Cell/Bed : | N1 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040901 22:30 | CN - Canteen | 3307809 | | GAR | ~Canteen Date : 20040901 | $0.00 | $35.46 | $0.00 | $0.00 |
| 20040908 10:29 | IC - Transfer from Inmate to Club A/c | 3331261 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3340662 | | GAR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040913 12:56 | IC - Transfer from Inmate to Club A/c | 3367470 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040915 10:31 | ML - Mail | 3376266 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040915 22:30 | CN - Canteen | 3379070 | | GAR | ~Canteen Date : 20040915 | $0.00 | $18.92 | $0.00 | $0.00 |
| 20040922 22:30 | CN - Canteen | 3407425 | | GAR | ~Canteen Date : 20040922 | $0.00 | $19.01 | $0.00 | $0.00 |
| 20040930 09:11 | ML - Mail | 3443134 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041004 12:06 | IC - Transfer from Inmate to Club A/c | 3451682 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20041005 08:44 | ML - Mail | 3456903 | | GAR | ~LOUGHMAN, WINNIE, , | $99.99 | $0.00 | $0.00 | $0.00 |
| 20041005 08:44 | MA - Maintenance and Administration | 3456904 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041005 22:30 | CN - Canteen | 3459508 | | GAR | ~Canteen Date : 20041005 | $0.00 | $19.91 | $0.00 | $0.00 |
| 20041012 08:18 | IC - Transfer from Inmate to Club A/c | 3486372 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20041012 08:20 | IC - Transfer from Inmate to Club A/c | 3486387 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041012 22:30 | CN - Canteen | 3491402 | | GAR | ~Canteen Date : 20041012 | $0.00 | $39.54 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3505800 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20041019 22:30 | CN - Canteen | 3540778 | | GAR | ~Canteen Date : 20041019 | $0.00 | $26.82 | $0.00 | $0.00 |
| 20041025 08:56 | VI - Visitation | 3562552 | 826 | GAR | ~LOUGHMAN, WINNIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041025 10:06 | ML - Mail | 3563319 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041026 10:25 | ML - Mail | 3569455 | | GAR | ~NO NAME | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041102 14:15 | ML - Mail | 3600588 | | GAR | ~Bernie B | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041102 14:15 | MA - Maintenance and Administration | 3600589 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041103 22:30 | CN - Canteen | 3608206 | | GAR | ~Canteen Date : 20041103 | $0.00 | $28.67 | $0.00 | $0.00 |
| 20041104 10:00 | AT - Account Transfer | 3618197 | | GAR | ~20.00 TRANSFER FROM PERSONAL TO SAVING ON 11-04-04~W80115 LOUGHMAN,KEVIN  SAVINGS | $0.00 | $20.00 | $20.00 | $0.00 |
| 20041104 13:54 | IC - Transfer from Inmate to Club A/c | 3618841 | | GAR | ~Clothing Order~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $34.19 | $0.00 | $0.00 |
| 20041108 09:51 | ML - Mail | 3627727 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041108 23:00 | TI - Transfer from Institution | 3634310 | | GAR | | $0.00 | $61.06 | $0.00 | $0.00 |
| 20041108 23:00 | TI - Transfer from Institution | 3634311 | | GAR | | $61.06 | $0.00 | $0.00 | $0.00 |
| 20041108 23:00 | TI - Transfer from Institution | 3634313 | | GAR | | $0.00 | $0.00 | $20.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041210 15:56

Commit# : W80115
Name : LOUGHMAN, KEVIN, ,
Inst : NCCI GARDNER
Block : A BUILDING 2
Cell/Bed : N1 /A

NCCI GARDNER
Statement From 20040610
To 20041210

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041108 23:00 | TI - Transfer from Institution | 3634312 | | GAR | | $0.00 | $0.00 | $0.00 | $20.00 |
| 20041110 16:47 | IS - Interest | 3651407 | | GAR | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20041116 22:30 | CN - Canteen | 3683586 | | GAR | ~Canteen Date : 20041116 | $0.00 | $48.83 | $0.00 | $0.00 |
| 20041117 08:31 | ML - Mail | 3686746 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041118 09:31 | ML - Mail | 3697729 | | GAR | ~BERNIE B | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041118 11:32 | IC - Transfer from Inmate to Club A/c | 3698399 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20041122 11:28 | AT - Account Transfer | 3708266 | | GAR | ~TRANSFER FROM PERSONAL TO SAVING 11-22-04 AMOUNT 10.00~W80115 LOUGHMAN,KEVIN SAVINGS | $0.00 | $10.00 | $10.00 | $0.00 |
| 20041122 13:22 | IC - Transfer from Inmate to Club A/c | 3708833 | | GAR | ~Photo Purchase~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041126 13:40 | CI - Transfer from Club to Inmate A/c | 3732397 | | GAR | ~Canteen Refund 11/9/04~W80115 LOUGHMAN,KEVIN PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20041126 19:02 | ML - Mail | 3732700 | | GAR | ~LOUGHMAN, WINNIE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041201 08:57 | ML - Mail | 3744575 | | GAR | ~BERNIE B. | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041201 08:57 | MA - Maintenance and Administration | 3744576 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041201 22:30 | CN - Canteen | 3748275 | | GAR | ~Canteen Date : 20041201 | $0.00 | $31.21 | $0.00 | $0.00 |
| 20041206 10:34 | ML - Mail | 3768826 | | GAR | ~LOUGHMAN, WINNIE, , | $99.00 | $0.00 | $0.00 | $0.00 |
| 20041207 09:59 | AT - Account Transfer | 3774884 | | GAR | ~TRANSFER FR PERSONAL TO SAVINGS AMOUNT 50.00 ON 12-07-04~W80115 LOUGHMAN,KEVIN SAVINGS | $0.00 | $50.00 | $50.00 | $0.00 |
| 20041207 10:55 | IC - Transfer from Inmate to Club A/c | 3775049 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3784433 | | GAR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3784434 | | GAR | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20041209 09:31 | ML - Mail | 3808549 | | GAR | ~BOLTTCHEN, BRIAN, , | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $750.68 | $767.19 | $100.04 | $20.00 |

Balance as of ending date :   Personal $81.86    Savings $80.04

Current Balances :

Personal $81.86    Savings $80.04    Freeze $0.00    Loan $0.00    Restitution $0.00    Sentence $0.00