AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of MASSACHUSETTS |
|---|---|
| Name: Kevin M. Loughman | Prisoner No. W-801... | Case No. |
| Place of Confinement: NORTH CENTRAL CORRECTIONAL INSTITUTE 500 Colony Road   P.O. Box 466 Gardner, Massachusetts 01440 | RECEIVED FEB 11 2005 |
| Name of Petitioner (include name under which convicted) Kevin M. Loughman | Name of Respondent (authorized person having custody of petitioner) V.   Steven O'Brien |

The Attorney General of the State of:

Massachusetts, Attorney Tom Rielly

05-T...
referred to MJ JL Alexander

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack  Hampton County, Springfield Superior...conviction appealed to Appeal Court,

2. Date of judgment of conviction  April 2, 2002

3. Length of sentence  Not more than seven years, not less than five years

4. Nature of offense involved (all counts)  Rape, Unnatural intercourse, and assault and Battery.

5. What was your plea? (Check one)
   (a) Not guilty      ☒ not guilty
   (b) Guilty          ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury       ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __From Hampton County, Springfield Superior Court,__
   to Appeals Court (see front page)
   (b) Result _____ : Judgments Affirmed...

   (c) Date of result and citation, if known __June 28, 2004 - April 2, 2002__

   (d) Grounds raised __Sixth and Fourteenth Amenments, erroneously instruct-__
                                                  misconduct
   __ing jury, ineffective assistance of counsel, Prosecutorial__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Supreme Judicial Court for Commonwealth__

   (2) Result __writ of certiorari - Denied__

   (3) Date of result and citation, if known __September 10, 2004__

   (4) Grounds raised __Same__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Denial of effective assistance of counsel__

Supporting FACTS (state *briefly* without citing cases or law) __Failure of the Defendant's trial counsel to object to said jury instructions constituted ineffective assistance under Sixth and Fourteenth Amendments to the United States Constitution.__

B. Ground two: __prosecutorial misconduct asking/requiring Defendant to show tattoos...__

Supporting FACTS (state *briefly* without citing cases or law): __in asking judge such, and being allowed amounted to violation of the privilege against self-incrimination, and as such did prejudiced the jury.__

(5)

AO 241 (Rev. 5/85)

C. Ground three: violation of Article six..right to impartial jury

Supporting FACTS (state *briefly* without citing cases or law): judge gave erroneously jury instructions, thereby creating a miscarriage of justice by instilling a believe into the jurors that all verdicts had to be reached together, and they could not remain deadlocked on one count

D. Ground four: Due Process Fourteenth Amendment right to have a jury decide guilt or innocence

Supporting FACTS (state *briefly* without citing cases or law): wrong instructions on using fresh complaint did so prejudiced the jurors, and combined with all issues as a whole, did interfere with a right to have a fair and impartial jury.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:
I believe the proper grounds were presented and argued in a unfair light, due to ineffective assistance of Counsel...

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

(b) At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

(c) At trial _____

(d) At sentencing _____

(e) On appeal David H. Mirsky, BBO no. 559367

99 Water Street, P.O. Box 1063, Exeter, NH 03833

(f) In any post-conviction proceeding   same

(g) On appeal from any adverse ruling in a post-conviction proceeding   same

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 27, 2005
(date)

PRO - SE
Mr. Kevin M. [signature]
Signature of Petitioner

(7)