UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN M. LOUGHMAN,
        Petitioner

v.                                C.A. No. 05-10374-RCL

STEVEN O'BRIEN,
        Respondent.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED without prejudice for the following reason(s):

The defendant has made an insufficient showing that he is without assets to pay the $5.00 filing fee.

SO ORDERED.

3/14/05                                          /s/ Reginald C. Lindsay
DATE                                         REGINALD C. LINDSAY
                                                    UNITED STATES DISTRICT JUDGE