```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

KEVIN M. LOUGHMAN,
          Petitioner

     v.                                         C.A. No.   05-10374-RCL

STEVEN O'BRIEN,
          Respondent.

<u>MEMORANDUM AND ORDER</u>

LINDSAY D.J.

    For the reasons stated below, petitioner Loughman's Application to Proceed Without Prepayment of Fees is denied, and he shall pay the $5.00 filing fee within forty-two (42) days of this Memorandum and Order, or this action shall be dismissed. Notwithstanding the unresolved filing fee issue, the respondent shall be directed, by separate Order, to file a response to the habeas petition.

<u>FACTS</u>

    On February 11, 2005, Petitioner Kevin M. Loughman, currently a prisoner at N.C.C.I. Gardner, MA, submitted his self-prepared petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, challenging his April 2, 2002 state conviction for rape, unnatural intercourse, and assault and battery.  As grounds for the petition, he alleges ineffective assistance of counsel, prosecutorial misconduct at trial, and erroneous jury instructions.  Petitioner indicates that he has exhausted his state remedies; the Supreme Judicial Court affirmed the conviction on September 10, 2004.

Accordingly, the petition appears to be timely filed, pursuant to 28 U.S.C. §2244(d)(1).  This also appears to be his first habeas petition.

## ANALYSIS

I. <u>Petitioner must pay the filing fee.</u>

Petitioner has submitted a completed Application to Proceed Without Prepayment of Fees, along with his prison account statement, as required under 28 U.S.C. §1915 (proceedings *in forma pauperis*).  However, his Application indicates that he has a balance of $81.86 in personal, and $80.04 in savings.  His average six month daily balance is $77.75.  In light of this, this Court finds that Petitioner has sufficient funds to pay the $5.00 filing fee applicable to petitions filed under 28 U.S.C. §2254.  Accordingly, within forty-two (42) days of the date of this Memorandum and Order, petitioner is directed to pay the $5.00 filing fee.  Petitioner is advised that failure to comply with this directive may result in dismissal of this action.

II.  <u>The Habeas Petition shall be served on the Respondent and a response to the petition shall be filed.</u>

Notwithstanding the unresolved filing fee issues, this Court directs, by separate Order, that the respondent be served a copy of the petition, and that the respondent file a response to the

petition.

## CONCLUSION

For the reasons set forth above, it is hereby ORDERED:

1. Within forty-two (42) days of the date of this Memorandum and Order, petitioner Loughman is directed to pay the $5.00 filing fee.

2. The petition shall be served on the respondent, and a separate Order shall issue requiring the respondent to file a response to the petition.


    /s/ Reginald C. Lindsay
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2005