UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN M. LOUGHMAN,<br>    Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br>    Respondent. | )<br>)<br>)   Civil Action No. 05-10374-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

The respondent, Steven O'Brien, through undersigned counsel, hereby requests that this Court permit him to enlarge the time to file an answer or other responsive pleading until May 11, 2005.  Undersigned counsel is currently engaged in numerous additional matters including; filing a merits memorandum in the case of *Morales v. Russo*, U.S.D.C. No. 04-30191-MAP, on March 31, 2005; preparing for a motion hearing in the case of *Knight v. Spencer*, U.S.D.C. No. 03-11253-MEL, on April 12, 2005; and preparing merits memoranda due in the United States District Court on April 15, 2005, in the cases of *Davis v. Brady*, No. 04-10386-MLW, and *Tavares v. O'Brien*, No. 04-40059-FDS.  In addition, undersigned counsel has been assigned to oppose a motion for a new trial in the case of *Commonwealth v. Bernardo Nadal-Ginard*, Suffolk Superior Court Nos. 1994-10150, 11198, by April 29, 2005, and is scheduled to argue the case of Commonwealth v. Clemmey, No. SJC - 09463, in the Supreme Judicial Court, during its May sitting.  Undersigned counsel further states that he has ordered and is awaiting the pertinent documents from the Office of the District Attorney for the Hampden District.

    For the foregoing reasons, undersigned counsel respectfully requests that this Court

enlarge the time to file an answer or other responsive pleading until May 11, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Daniel I. Smulow
        Daniel I. Smulow
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2949
        BBO No. 641668


Dated: April 1, 2005

### Certificate of Compliance with Local Rule 7.1(A)(2)

I, Daniel I. Smulow, hereby certify that I am unable to consult with Mr. Loughman because he is presently incarcerated.

        /s/ Daniel I. Smulow

### Certificate of Service

I, Daniel I. Smulow, hereby certify that a true copy of the above document was served on Kevin Loughman, N.C.C.I. - Gardner, 500 Colony Road, P.O. Box 466, Gardner, MA 01440, by first class mail, postage prepaid, on April 1, 2005.

        /s/ Daniel I. Smulow