Kevin M. Loughman
W80115

NCCI Gardner
P.O. Box 466
Gardner, MA 01440

FILED
CLERKS OFFICE

2005 APR -6 P 2:54

U.S. DISTRICT COURT
DISTRICT OF MASS

Date: April 4, 2005

TO: Justice Reginald C. Lindsay
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: Commonwealth v. Kevin M. Loughman
case# 1:05-CV10374-R.C.L. Docket # 4

Dear Justice Lindsay,

I am writing this letter in regards to a decision you made on a motion, which I had filed and you denied.
You denied me on the grounds that I have made an insufficient showing to pay the five dollar filing fee. Please look at the copy of the check that is enclosed, it was mailed out to the court and cashed. So I am confused on why this would be denied. So I do believe it was paid and if I owe more nothing was ever said. I am willing to pay another five dollars if that is the case. I will ask the clerk here at the jail to mail another five dollars to the court. Please see the copies of the denial and the order to pay the five dollars enclosed.

I would like to thankyou for your anticipated courtesy with this matter.

Respectfully,
Mr. Kevin M. Loughman
Kevin M. Loughman

FILED
R'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR -6  P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

KEVIN M. LOUGHMAN,
        Petitioner

v.                                                       C.A. No. 05-10374-RCL

STEVEN O'BRIEN,
        Respondent.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED without prejudice for the following reason(s):

The defendant has made an insufficient showing that he is without assets to pay the $5.00 filing fee.

SO ORDERED.

3/14/05                                              /s/ Reginald C. Lindsay
DATE                                             REGINALD C. LINDSAY
                                                   UNITED STATES DISTRICT JUDGE

Kevin M. Loughman
W80115
NCCI Gardner
P.O. Box 466
Gardner, MA 01440

TO: Clerk of Courts
United States District Court
1 Courthouse Way
Boston, MA 02210

Date: April 4, 2005

Re: Commonwealth v. Kevin M. Loughman
Case# 1:05-CV-10374R.C.L. Docket #4

Dear Sir or Ma'am,

   I am writing you this letter in regards to see if you could please send me a copy of my case summary docket sheet, for the above entitled matter.

   Thankyou for your time and consideration in this very important matter.

Respectfully,
Mr. Kevin M. Loughman
Kevin M. Loughman

cc:file

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. IT ALSO CONTAINS A WATERMARK - HOLD TO LIGHT TO VIEW.



**The Commonwealth of Massachusetts**

NCCI - GARDNER
TFA ACCOUNT

**Sovereign Bank**
sovereignbank.com

4590038213

53-7524
113

38213
04/04/05

APR -6 2005

PAY TO THE ORDER OF  United States District Court        $*****5.00

Five AND 00/100************************************************    DOLLARS

Kevin Loughman / Filing Fee                    Sheila [signature]

⑈4590038213⑈ ⑆011375245⑆ 00088880406⑈