Kevin Loughman, W-80115
NCCI Gardner
500 Colony Road Po Box 466
Gardner, MA 01440-0466

August 23, 2005

Tony Anastas, Clerk
United States District Court
　for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: <u>Loughman V. O'Brien</u>
　　Case Number: 5-cv-10374 RCL


Dear Mr. Anastas:

　　Would you please take a few moments and forward an updated copy of the docket entry sheets for the above-entitled matter to me at the address listed above.

　　Thank you, in advance, for your time and anticipated cooperation in this matter.


Respectfully,

/s/ M. Kevin M. Loughman
Kevin Loughman