UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 5-CV-10374 RCL

KEVIN M. LOUGHMAN,
Petitioner

V.

STEVEN J. O'BRIEN,
Respondent

### NOTICE OF ENTRY OF DEFAULT BY CLERK

Please enter an entry of default on the above-entitled docket for the respondents failure to file an answer on or before May 11, 2005 in accordance with the Honorable Judge REginald C. Lindsay's order on April 22, 2005.
I certify that the respondent is neither a child nor an incompetent person or engaged in miliatry service which would render him unavailable to this court.

Respectfully Submitted;
By the Petitioner ;

Dated: 9/9/05

/s/ Mr. Kevin M. Loughman

Mr. Kevin M. Loughman
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466