UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 5-CV-10374 RCL

KEVIN M. LOUGHMAN,
Petitioner

v.

STEVEN J. O'BRIEN,
Respondent

## MOTION FOR JUDGMENT OF DEFAULT

NOW COMES the Petitioner, Mr. Kevin M. Loughman, pro-se and respectfully moves this Honorable Court pursuant to Federal Rules of Civil Procedure Rule 55(b) for a judgment of default entered against the respondent.

In support of this motion petitioner states that on April 21, 2005 the Honorable Justice Reginald C. Lindsay ordered the respondent to file an answer or other responsive pleading by May 11, 2005. The respondent has failed to comply with this courts order and mandate of their own volition. Having been duly served with a copy of that order respondent made a conscious and intentional choice to ignore this courts order.

(2)

In further support of this motion petitioner states that the respondent is not an infant nor an incompetent person nor is in any form of military service which would render him otherwise unavailable to answer to this court. Pursuant to Federal Rule of Civil Procedure Rule 55(a) an entry of default has already been made by the clerk.

WHEREFORE; Petitioner prays this Honrable Court:

1. ALLOW the within motion; and

2. ORDER a judgment of default; and

3. GRANT any other and further relief on the behalf of this petitioner as this Honorable Court deems fair and just.

Respectfully Submitted;
By the Petitioner;

Dated: 9/9/05

/S/ Mr. Kevin M Loughman
Mr. Kevin M. Loughman, pro-se
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466

CERTIFICATE OF SERVICE

    I hereby certify that on this date I have mailed a correct and true copy of the enclosed documents to each party of record, postage pre-paid via first class mail.

DOCUMNETS MIALED:

1. Notice for entry of default by clerk;

2. Motion for judgment of default;

3. Certificate of service.

DOCUMENTS MAILED TO:

Daniel I. Smulow
Assistant Attorney General
Attorney General Office
One Ashburton Place, 18th Floor
Boston, MA 02108

Certified by:

*[signature]*

Mr. Kevin M. Loughman
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466