UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN M. LOUGHMAN,<br>    Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN,<br>    Respondent. | )<br>)<br>)   Civil Action No. 05-10374-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION TO PETITIONER'S MOTION FOR JUDGMENT OF DEFAULT**

    The respondent, Steven O'Brien, hereby opposes the petitioner's motion for judgment of default. As the docket sheets reflect, on April 22, 2005, the respondent moved the Court to order the petitioner to provide for a more definite statement as to his grounds for relief. That motion is presently pending before the Court. Because the respondent is not now in default, and in fact, has never been in default, he respectfully requests that the Court deny the petitioner's motion for judgment of default.

                                Respectfully submitted,

                                THOMAS F. REILLY
                                ATTORNEY GENERAL

                                /s/ Daniel I. Smulow
                                Daniel I. Smulow
                                Assistant Attorney General
                                Criminal Bureau
                                One Ashburton Place
                                Boston, Massachusetts 02108
                                (617) 727-2200 ext. 2949
                                BBO No. 641668

Dated: September 21, 2005

**Certificate of Service**

 I, Daniel I. Smulow, hereby certify that a true copy of the above document was served on Kevin M. Loughman, W-80115, N.C.C.I. Gardner, P.O. Box 466, Gardner, MA 01440-0466, on September 21, 2005.