Mr. Kevin M. Loughman, W-80115
North Central Correctional Institution
500 Colony Rd. P.O. Box 466
Gardner, MA 01440-0466

FILED
CLERKS OFFICE

2005 SEP 27 P 2:02

U.S. DISTRICT COURT
DISTRICT OF MASS

September 24, 2005

Tony Anastas, Clerk of the Court
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Kevin Loughman V. Steven O'Brien
    Case Number 5-CV-10374 RCL

Dear Mr. Anastas,
    Please send me an updated copy of the docket entry sheets for the above-entitled matter.

Yours Very Respectfully,

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman