UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10374-RCL

KEVIN M. LOUGHMAN,
Petitioner

v.

STEVEN O'BRIEN,
Respondent

## PETITONER'S RENEWED MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES the Petitioner, Mr. Kevin M. Loughman, pro-se in the above-entitled civil action at bar; and respectfully moves this Honorable Court for the appointment of counsel to represent him in his petition for a writ of habeas corpus.

In support of this motion petitioner renews all grounds presented to this court in his original motion for the appointment of counsel and that counsel is needed to help prepare and prosecute this petition currently before the court. Most recently this court ordered the petitioner to present a more definite statement to one of the arguments in his petition. The petitioner was unable to obtain a copy of any books detailing jury instructions. Further, upon requesting this material from administrative staff this petitioner was informed that no such book exists within any of the Department of Correction Law Librarys as the minimum requirement for prison law libraries does not require that they maintain a book on model jury instructions.

(2)

Petitioner further states in support of this motion that any board certified attorney within the Commonwealth of Massachusetts would have easy access to this material and would have been able to frame a much more responsive pleading to this courts mandate and order. Petitoner is substantially burdened and prejudiced by not having adequate representation before this court and cannot meaningfully and adequately address the issues in an intelligent manner before this court.

WHEREFORE, Petitioner prays that this Honorable Court allow this motion and order the appointment of counsel on his behalf.

Respectfully Submitted;

Dated: 10/5/05

/s/ Mr. Kevin M. Loughman, pro-se
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466