Mr. Kevin M. Loughman
W-80115
NCCI-Gardner
500 Colony Rd. PO Box 466
Gardner, MA 01440-0466

December 12, 2005

Tony Anastas, Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Kevin M. Loughman v. Steven J. O'Brien
Case Number 5-cv-10374 RCL

Dear Mr. Anastas,

At your earliest convenience, please send me an updated docket entry sheet for the above-entitled matter.

Thank you for your time.

Very truly yours,

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman