UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 5-CV-10374

KEVIN M. LOUGHMAN,
Petitioner

V.

STEVEN J. O'BRIEN,
Respondent

NOTICE OF ENTRY OF DEFAULT BY CLERK

Please enter an entry of default on the above-entitled docket for the respondents failure to file an answer in the within matter. The petitioner filed a more definite statement with this court on 10/11/2005. It has been over sixty (60) days since the filing and the respondent has failed to file an answer. I certify that the resondent is neither a child nor an incompetent person or engaged in military service which would render him otherwise unavailable to this court.

Respectfully Submitted;
By the Petitioner;

Dated: 12/20/05

/s/ Kevin M. Loughman

Mr. Kevin M. Loughman, pro-se
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466