UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 5-CV-10374 RCL

KEVIN M. LOUGHMAN,
Petitioner

V.

STEVEN J. O'BRIEN,
Respondent

## MOTION FOR JUDGMENT OF DEFAULT

**NOW COMES**, the Petitioner, Mr. Kevin M. Loughman, pro-se and respectfully moves this Honorable Court pursuant to Federal Rules of Civil Procedure Rule 55(b) for a judgment of default entered against the respondent.

In support of this motion petitioner states that on October 11, 2005 a more definite statement was filed with this court by the petitioner. Since that time over sixty (60) days have elapsed and the respondent and or his attorneys have failed to respond to the within complaint. Appropriate service was made upon the respondent and counsel of record for the respondent.

(2)

In further support of this motion petitioner states that the respondent is not an infant nor an incompetent person or in any form of military service which would render him otherwise unavailable to file an answer with this court.

Pursuant to Federal Rules of Civil Procedure Rule 55(a) an entry of default has already been made by the clerk.

**WHEREFORE**; Petitioner prays this Honorable Court:

1. ALLOW the within motion; and

2. ORDER a judgment of default against the respondent; and

3. GRANT any other and further relief on behalf of the petitioner as this Honorable Court deems fair and just.

Respectfully Submitted;
By the Petitioner;

Dated: 12/20/05

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman, pro-se
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466

CERTIFICATE OF SERVICE

    I hereby certify that on this date I have mailed a correct and true copy of the enclosed documents to each party of record, postage pre-paid via first class mail.

DOCUMNETS MIALED:

1. Notice for entry of default by clerk;

2. Motion for judgment of default;

3. Certificate of service.

DOCUMENTS MAILED TO:

Daniel I. Smulow
Assistant Attorney General
Attorney General Office
One Ashburton Place, 18th Floor
Boston, MA 02108

Certified by:

_____
Mr. Kevin M. Loughman
W-80115
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466