UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10374-RCL

KEVIN M. LOUGHMAN,
Petitioner,

V.

STEVEN O'BRIEN,
Respondent.

## MOTION FOR SUMMARY JUDGMENT

NOW COMES the Petitioner, Kevin M. Loughman, pro-se in the above-entitled matter and respectfully moves this Honorable Court pursuant to Rule 56, Fed.R.Civ.P., to grant him summary judgment against the respondent Steven O'Brien. The reasons therefore are set firth in the Petitioners affidavit in support of this motion.

Respectfully Submitted;
By the Petitioner;

Dated: 1/5/06

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman, pro-se
North Central Correctional Instition
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466