UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05-10374-RCL

KEVIN M. LOUGHMAN,
Petitioner

v.

STEVEN O'BRIEN,
Respondent

## MOTION FOR HEARING ON MOTION FOR SUMMARY JUDGMENT

Petitioner respectfully requests that this Honorable Court grant a hearing the his motion for summary judgment. In support of this motion Petitioner states that justice and fairness to this Petitioner as well as all of the other applicants for justice before this Court dictate that this motion should be allowed.

Respectfully Submitted;

Dated: 1/5/06

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman, pro-se
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466