UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


KEVIN M. LOUGHMAN,
Petitioner

v.                              05CV10374RCL

STEVEN O'BRIEN,
Respondent


PLAINTIFF'S MOTION TO QUASH RESPONDENT'S MOTION TO DISPENSE
WITH THE REQUIREMENTS OF LOCAL RULE 56.1


   NOW COMES the Petitioner, Mr. Kevin M. Loughman, pro-se, in the above-entitled civil action and respectfully moves this Honorable Court to Quash the respondent's motion to dispense with the requirements of local rule 56.1. And to order the respondent and or his attorney to file an answer to the Petitioner's motion for summary judgement.

   In support of this motion Petitioner states that "When served with a summary judgment motion, you cannot simply claim that you will prove your case at trail; if you do, the court will grant summary judgment against you." Oltarzewski V. Ruggiero, 830 F.2d 136, 138 (9th Cir. 1987); Wilson V. Maben, 676 F. Supp. 581, 583 (M.D. Pa. 1987). "Even if the other side submits not affidavits, under some circumstances the party opposing summary judgment must still show that there is a genuine issue of material fact as to each essential element of its case." Celotex Corp V. Catrett, 477 U.S. 317, 322-23, 106 S. Ct. 2548 (1986).

(2)

In this instant matter the respondent is attempting to circumvent this courts rules and procedures by not answering the Petitioners motion. Local Rule 56.1 requires the respondent to oppose the petitioner's motion for summary judgment with a concise statement of material facts as to which it is contended that there is genuine issues to be tried.

Justice and fairness to this Petitioner as well as all other applicants for justice currently before this court demand that the respondents file an answer to the summary judgment motion in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

WHEREFORE, Petitioner prays this court:

1. GRANT the Petitioners within motion; and

2. ORDER the respondent to file a timely answer in accordance with local rule 56.1; and

3. GRANT any other and further relief on the behalf of this Petitioner as this Honorable Court deems fair and just.

Respectfully Submitted;

Dated: 1/26/06

/s/ Mr. Kevin M. Loughman
Mr. Kevin M. Loughman, pro-se
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466

CERTIFICATE OF SERVICE

I hereby certify that on this date I have mailed a correct and true copy of the enclosed documents, postage pre-paid, via first class mail to each party of record.

Certified By;

Dated: 1/26/06

/s/ Mr. Kevin M. Loughman

Mr. Kevin M. Loughman
NCCI Gardner
500 Colony Rd. Po Box 466
Gardner, MA 01440-0466