Kevin M. Loughman, W-80115
North Central Correctional Institution
500 Colony Rd. PO Box 466
Gardner, MA 01440-0466

FILED
IN CLERKS OFFICE
2006 APR 12 P 12:25
U.S. DISTRICT COURT
DISTRICT OF MASS

April 10, 2006

Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

RE: Kevin Loughman v. Steven O'Brien
    U.S.D.C. No. 05-10374-RCL

Dear Ms. Thornton:

    Several months ago I filed a motion for Summary Judgment with your court. Since the filing I've received no word as to a hearing date or what, if any, decision has been reached by the court on my motion. Could you please update me on this, and if no action has been taken, schedule a hearing before your court on this matter.

    Thank you, for your time and attention.

Very Respectfully Yours,

/s/ Mr. Kevin M. Loughman  4/10/06
Mr. Kevin M. Loughman