UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN M. LOUGHMAN<br>      Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN<br>      Respondent. | )<br>)<br>)<br>)<br>)    Civil Action No. 05-10374-RCL<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS**

     In accordance with Rule 11 of the Rules Governing Section 2254 Cases and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, by and through his counsel, hereby respectfully moves to dismiss the petition for a writ of habeas corpus filed by the petitioner, Kevin M. Loughman. As grounds therefor, the respondent states that the petitioner failed to properly exhaust his state-court remedies before seeking habeas relief. Specifically, never presented the federal nature of one of the four grounds in his petition to the Supreme Judicial Court of Massachusetts. The present petition therefore should be dismissed. *Rose v. Lundy,* 455 U.S. 509, 522 (1982); 28 U.S.C. § 2254(b)(1). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

     WHEREFORE, the present motion should be allowed and an order should enter dismissing Loughman's petition.

                                                                Respectfully submitted,

                                                                MARTHA COAKLEY
                                                                ATTORNEY GENERAL

                                                                /s/ Eva M. Badway
                                                                Eva M. Badway
                                                                Assistant Attorney General
                                                                Criminal Bureau
                                                                One Ashburton Place
Dated: March 22, 2007                                  Boston, Massachusetts
                                                                (617) 727-2200, ext. 2824
                                                               BBO # 635431

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2007.

                                                                /s/ Eva M. Badway
                                                               Eva M. Badway