UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN M. LOUGHMAN )
    petitioner, )
)
)
v. ) Civil Action No. 05-10374-RCL
)
)
STEVEN O'BRIEN )
    respondent. )
)
)

FILED
IN CLERKS OFFICE

2007 APR 23 P 12: 32

DISTRICT COURT
DISTRICT OF MASS.

### PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Now comes the petitioner, Kevin M. Loughman, who opposes the Motion to Dismiss by the respondent on the grounds, that they are attempting to mis-lead the Court by providing false or inflammatory information in an attempt to have the petitioner's Writ of Habeas Corpus dismissed before the issues can truely be discussed.

The respondent claims that the petition should be dismissed because, "The petitioner failed to properly exhaust his state-court remidies before seeking habeas relief. Specifically, never presented the Federal nature of one of the four grounds in his petition to the Supreme Judicial Court of Massachusetts."

This is false. The petitioner states that it is true that in his Further Appellate Review to the Supreme Juducial Court of Massachusetts, the petitioner cited Three(3) grounds. The petitioner also states that in his §2254 Federal Writ of Habeas Corpus petition, he did cite Four(4) grounds. However, if the respondent would have reviewed the cited grounds, they would have found that each and every claim has been brought up in

all aspects of the State Court's, and that the petitioner was unaware that it would be a problem to break-up the grounds to make Two certian issues to stand out.

**WHEREFORE:** The petitioner asks that the respondent's Motion to Dismiss be denied with prejudice.

Respectfully submitted,

APRIL 17, 2007
Dated

Mr. Kevin M. Loughman, pro se
NCCI Gardner
PO Box 466
Gardner, MA 01440

CERTIFICATE OF SERVICE

I, Swear that on this Day a True copy of the foregoing documents have been served upon all parties of record, by First Class Mail, postage pre-paid.

Mr. Kevin M. Loughman, pro se